NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| JAYASHREE SANTHOSH KUMAR, an individual; SAM GOPINATHAN, an individual; and NEW WAVE HOME CARE, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COMFORCARE HEALTH CARE HOLDINGS, INC., a Michigan corporation; STEPHANIE STEPHENS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-07327-JAK-JC<br>Hon. John A. Kronstadt<br>Hon. Magistrate Jacqueline Chooljian<br>Dept. 750<br><br>[Removed from Los Angeles Superior Court, Case No. BC592144]<br><br>**ORDER GRANTING IN PART SECOND STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE, MOTION TO REMAND, AND MOTION TO DISMISS; AND SETTING ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Complaint Filed: August 21, 2015<br>Date of Removal: September 18, 2015 |
| COMFORCARE HEALTH CARE HOLDINGS, INC., a Michigan corporation,<br><br>Counterclaimant,<br><br>v.<br><br>NEW WAVE HOME CARE, INC., a California corporation; JAYASHREE SANTHOSH KUMAR, an individual; and ROES 1 through 10, inclusive,<br><br>Counter-Defendants. | |

Snell & Wilmer L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689

22992995

ORDER RE STIPULATION
CASE NO. 2:15-CV-07327-JAK-JCX

1  After reviewing the parties' Second Stipulation to Continue the Scheduling Conference, Motion to Remand, and Motion to Dismiss and for good cause shown, it is hereby ordered that:

The Rule 26(f) Scheduling Conference and the hearings on plaintiffs' motion to remand and defendants' motion to dismiss, currently scheduled for December 7, 2015, are taken off calendar. Dkt. 12, 14.

The Court sets an Order to Show Cause re Dismissal for January 11, 2016 at 1:30 p.m. If a dismissal is filed by January 4, 2016, no appearance will be required on January 11, 2016. If a dismissal is not filed, counsel shall file a status report by January 4, 2016, regarding the status of the settlement and whether the motions and scheduling conference need to be placed back on calendar. The report shall not disclose the substantive contents of any settlement discussions between the parties.

IT IS SO ORDERED.

Dated: December 2, 2015

_____
Honorable John A. Kronstadt
United States District Judge